| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hanen, Andrew S. | 2. Court or Organization<br><br>United States District Court - Texas | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>.12/31/2009 |
| 7. Chambers or Office Address<br><br>Judge Andrew S. Hanen<br>600 East Harrison St., #301<br>Brownsville, Texas 78520 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 11 A 10: 18 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-employed—Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of TX | 5/14 - 5/15 | Dallas | CLE Program | Airfare, Hotel, Taxi, Parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA - Account #1 | A | Interest | N | T | | | | | |
| 2. -Treasury Strips | | | | | | | | | |
| 3. -Chase Retirement Money Mkt. Reserves | | | | | | | | | |
| 4. IRA - Account #2 | B | Dividend | J | T | | | | | |
| 5. -Aberdeen Developing (See Note 1) | | | | | Sold | 01/20/09 | J | A | |
| 6. -Aberdeen Natural | | | | | Sold | 01/20/09 | J | A | |
| 7. -Aberdeen Opt | | | | | Sold | 01/20/09 | J | A | |
| 8. -Aberdeen Int | | | | | Sold | 01/20/09 | J | A | |
| 9. -Ivy Asset | | | | | Sold | 01/20/09 | J | A | |
| 10. -Cohen & Steers Global | | | | | Sold | 01/20/09 | J | A | |
| 11. -Janus Int | | | | | Sold | 01/20/09 | J | A | |
| 12. -Janus Ad | | | | | Sold | 01/20/09 | J | A | |
| 13. -Janus Long/Short | | | | | Sold | 01/20/09 | J | A | |
| 14. -Janus Forty | | | | | Sold | 01/20/09 | J | A | |
| 15. -Janus Global | | | | | Sold | 01/20/09 | J | A | |
| 16. -Thornburg Global | | | | | Sold | 01/20/09 | J | A | |
| 17. -Blackrock Global | | | | | Sold | 01/20/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Int | | | | | Sold | 01/23/09 | J | A | |
| 19. -John Hancock Global | | | | | Sold | 01/20/09 | J | A | |
| 20. -Merrill Lynch Money Mkt Reserves | | | | | | | | | |
| 21. -Ivy Ltd Term Bond | | | | | Buy | 01/20/09 | J | | |
| 22. -Ivy Ltd Term Bond | | | | | Sold | 08/04/09 | J | A | |
| 23. -JPMorgan Highbridge | | | | | Buy | 01/20/09 | J | | |
| 24. -JPMorgan Highbridge | | | | | Sold | 08/04/09 | J | A | |
| 25. -Managers AMG FQGlobal | | | | | Buy | 01/20/09 | J | | |
| 26. -Managers AMG FQGlobal | | | | | Sold | 08/04/09 | J | A | |
| 27. -Loomis Sayles Invt. Grade | | | | | Buy | 01/20/09 | J | | |
| 28. -Loomis Sayles Invt. Grade | | | | | Sold | 08/04/09 | J | A | |
| 29. -Goldman Sachs Short Dur. | | | | | Buy | 01/20/09 | J | | |
| 30. -Goldman Sachs Short Dur. | | | | | Sold | 08/04/09 | J | A | |
| 31. -DWS Short Term | | | | | Buy | 01/20/09 | J | | |
| 32. -DWS Short Term | | | | | Sold (part) | 08/04/09 | J | A | |
| 33. -DWS Short Term | | | | | Sold | 11/19/09 | J | A | |
| 34. -Aberdeen Equity | | | | | Buy | 08/04/09 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Aberdeen Equity | | | | | Sold (part) | 11/19/09 | J | A | |
| 36. -Putnam Diversified | | | | | Buy | 08/04/09 | J | | |
| 37. -Aberdeen Developing | | | | | Buy | 08/04/09 | J | | |
| 38. -Janus Forty | | | | | Buy | 08/04/09 | J | | |
| 39. -Janus Forty | | | | | Sold (part) | 11/19/09 | J | A | |
| 40. -Aberdeen Natural | | | | | Buy | 08/04/09 | J | | |
| 41. -Aberdeen Natural | | | | | Sold | 11/19/09 | J | A | |
| 42. -Ivy Asset Strategic | | | | | Buy | 08/04/09 | J | | |
| 43. -John Hancock Global | | | | | Buy | 08/04/09 | J | | |
| 44. -John Hancock Global | | | | | Buy | 11/19/09 | J | | |
| 45. -Lord Abbett Bond | | | | | Buy | 08/04/09 | J | | |
| 46. -Lord Abbett Bond | | | | | Sold (part) | 11/19/09 | J | A | |
| 47. -Calamos Convertible Bond | | | | | Buy | 08/04/09 | J | | |
| 48. -Janus Overseas | | | | | Buy | 08/04/09 | J | | |
| 49. -Janus Overseas | | | | | Buy | 11/19/09 | J | | |
| 50. -Loomis Sayles Strategic | | | | | Buy | 08/04/09 | J | | |
| 51. -Loomis Sayles Strategic | | | | | Sold (part) | 11/19/09 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Blackrock Int. Opp. | | | | | Buy | 08/04/09 | J | | |
| 53. -Blackrock Int. Opp. | | | | | Sold (part) | 11/19/09 | J | A | |
| 54. -Blackrock Global | | | | | Buy | 08/04/09 | J | | |
| 55. -Blackrock Global | | | | | Sold | 11/19/09 | J | A | |
| 56. -Jennison Nat. | | | | | Buy | 11/19/09 | J | | |
| 57. -RS Emerging Mkts | | | | | Buy | 11/19/09 | J | | |
| 58. -Putnam Voyager | | | | | Buy | 11/19/09 | J | | |
| 59. IRA Account #3 | D | Dividend | L | T | | | | | |
| 60. -Aberdeen Developing (See Note 2) | | | | | Sold | 01/20/09 | J | A | |
| 61. -Aberdeen Natural | | | | | Sold | 01/20/09 | J | A | |
| 62. -Aberdeen Opt | | | | | Sold | 01/20/09 | J | A | |
| 63. -Aberdeen Int | | | | | Sold | 01/20/09 | J | A | |
| 64. -Ivy Asset | | | | | Sold | 01/20/09 | J | A | |
| 65. -Cohen & Steers Global | | | | | Sold | 01/20/09 | J | A | |
| 66. -Janus Int | | | | | Sold | 01/20/09 | J | A | |
| 67. -Janus Advisor | | | | | Sold | 01/20/09 | J | A | |
| 68. -Janus Long/Short | | | | | Sold | 01/20/09 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A - $1,000 or less
B - $1,001 - $2,500
C - $2,501 - $5,000
D - $5,001 - $15,000
E - $15,001 - $50,000
F - $50,001 - $100,000
G - $100,001 - $1,000,000
H1 - $1,000,001 - $5,000,000
H2 - More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J - $15,000 or less
K - $15,001 - $50,000
L - $50,001 - $100,000
M - $100,001 - $250,000
N - $250,001 - $500,000
O - $500,001 - $1,000,000
P1 - $1,000,001 - $5,000,000
P2 - $5,000,001 - $25,000,000
P3 - $25,000,001 - $50,000,000
P4 - More than $50,000,000

3. Value Method Codes (See Column C2)
Q - Appraisal
R - Cost (Real Estate Only)
S - Assessment
T - Cash Market
U - Book Value
V - Other
W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Janus Forty | | | | | Sold | 01/20/09 | J | A | |
| 70. -Janus Global | | | | | Sold | 01/20/09 | J | A | |
| 71. -Thornburg Global | | | | | Sold | 01/20/09 | J | A | |
| 72. -Blackrock Global | | | | | Sold | 01/20/09 | J | A | |
| 73. -Blackrock Int | | | | | Sold | 01/20/09 | J | A | |
| 74. -John Hancock Global | | | | | Sold | 01/20/09 | J | A | |
| 75. -Merrill Lynch Money Mkt Reserves | | | | | | | | | |
| 76. -Ivy Ltd Term Bond | | | | | Buy | 01/20/09 | J | | |
| 77. -Ivy Ltd Term Bond | | | | | Sold | 08/04/09 | J | A | |
| 78. -DWS Short Term Bond | | | | | Buy | 01/20/09 | J | | |
| 79. -DWS Short Term Bond | | | | | Sold (part) | 08/04/09 | J | A | |
| 80. -DWS Short Term Bond | | | | | Buy | 10/07/09 | J | | |
| 81. -DWS Short Term Bond | | | | | Sold | 11/19/09 | J | A | |
| 82. -JPMorgan Highbridge | | | | | Buy | 01/20/09 | J | | |
| 83. -JPMorgan Highbridge | | | | | Sold | 08/04/09 | J | A | |
| 84. -Managers AMG PQGlobal | | | | | Buy | 01/20/09 | J | | |
| 85. -Managers AMG PQGlobal | | | | | Sold | 08/04/09 | J | A | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                         P4 = More than $50,000,000
3 Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
  (See Column C2)             U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Loomis Sayles Ivt. Grade | | | | | Buy | 01/20/09 | J | | |
| 87.  -Loomis Sayles Ivt. Grade | | | | | Sold | 08/04/09 | J | B | |
| 88.  -Goldman Sacks Short Dur. | | | | | Buy | 01/20/09 | J | | |
| 89.  -Goldman Sacks Short Dur. | | | | | Sold | 08/04/09 | J | A | |
| 90.  -Aberdeen Equity | | | | | Buy | 08/04/09 | J | | |
| 91.  -Aberdeen Equity | | | | | Buy | 10/07/09 | J | | |
| 92.  -Aberdeen Equity | | | | | Sold (part) | 11/19/09 | J | A | |
| 93.  -Aberdeen Developing | | | | | Buy | 08/04/09 | J | | |
| 94.  -Aberdeen Developing | | | | | Sold (part) | 10/07/09 | J | A | |
| 95.  -Aberdeen Developing | | | | | Sold (part) | 11/19/09 | J | A | |
| 96.  -Putnam Diversified | | | | | Buy | 08/04/09 | J | | |
| 97.  -Putnam Diversified | | | | | Sold | 10/07/09 | J | A | |
| 98.  -Putnam Diversified | | | | | Buy | 11/19/09 | J | | |
| 99.  -Janus Forty | | | | | Buy | 08/04/09 | J | | |
| 100.  -Janus Forty | | | | | Buy | 10/07/09 | J | | |
| 101.  -Janus Forty | | | | | Sold (part) | 11/19/09 | J | A | . |
| 102.  -Aberdeen Natural | | | | | Buy | 08/04/09 | J | | |

1. Income Gain Codes:  A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
(See Columns B1 and D4)  F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
(See Columns C1 and D3)  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Aberdeen Natural | | | | | Sold | 11/19/09 | J | A | |
| 104. -Ivy Asset Strategic | | | | | Buy | 08/04/09 | J | | |
| 105. -Ivy Asset Strategic | | | | | Buy | 10/07/09 | J | | |
| 106. -Ivy Asset Strategic | | | | | Sold (part) | 11/19/09 | J | A | |
| 107. -John Hancock Global | | | | | Buy | 08/04/09 | J | | |
| 108. -John Hancock Global | | | | | Sold | 10/07/09 | J | A | |
| 109. -John Hancock Global | | | | | Buy | 11/19/09 | J | | |
| 110. -Lord Abbett Bond | | | | | Buy | 08/04/09 | J | | |
| 111. -Lord Abbett Bond | | | | | Sold (part) | 11/19/09 | J | A | |
| 112. -Calamos Convertible Bond | | | | | Buy | 08/04/09 | J | | |
| 113. -Calamos Convertible Bond | | | | | Buy | 11/19/09 | J | | |
| 114. -Janus Overseas | | | | | Buy | 08/04/09 | J | | |
| 115. -Loomis Sayles Strategic | | | | | Buy | 08/04/09 | J | | |
| 116. -Loomis Sayles Strategic | | | | | Sold (part) | 10/07/09 | J | A | |
| 117. -Loomis Sayles Strategic | | | | | Sold (part) | 11/19/09 | J | A | |
| 118. -Blackrock Int | | | | | Buy | 08/04/09 | J | | |
| 119. -Blackrock Int | | | | | Buy | 10/07/09 | J | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Blackrock Int | | | | | Sold (part) | 11/19/09 | J | A | |
| 121. -Blackrock Global | | | | | Buy | 08/04/09 | J | | |
| 122. -Blackrock Global | | | | | Sold | 11/19/09 | J | A | |
| 123. -Janus Overseas | | | | | Buy | 11/19/09 | J | | |
| 124. -Jennison Nat. | | | | | Buy | 11/19/09 | J | | |
| 125. -RS Emerging Mkt | | | | | Buy | 11/19/09 | J | | |
| 126. -Putnam Voyager | | | | | Buy | 11/19/09 | J | | |
| 127. Retirement Account #1 | E | Int./Div. | N | T | | | | | |
| 128. -Fidelity Short Term Bond Fund | | | | | | | | | |
| 129. -Marshall Bond Fund | | | | | | | | | |
| 130. -Pax Balanced Fund | | | | | Sold | 02/10/09 | K | A | |
| 131. -Citizens Bank Flint Mich CD | | | | | Redeemed | 02/09/09 | L | A | |
| 132. -Strategic Cap Bk CD | | | | | Redeemed | 07/09/09 | L | A | |
| 133. -Catapillar Bonds | | | | | Buy | 02/15/09 | L | | |
| 134. -Duke Uni. Bonds | | | | | Buy | 02/15/09 | J | | |
| 135. -Dartmouth College Bonds | | | | | Buy | 07/21/09 | M | | |
| 136. -Fidelity Cash Reserves | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Acct #1 | | | | | | | | | |
| 138. -Houston ISD Municipal Bonds | B | Interest | K | T | Redeemed (part) | 02/15/09 | L | A | |
| 139. -Pearland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 140. -Killeen Tex. Muncipal Bonds | C | Interest | M | T | | | | | |
| 141. -Katy Tex. ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 142. -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | M | T | | | | | |
| 143. -Univ. Tex. Revs. Fin. Municipal Bonds | D | Interest | M | T | | | | | |
| 144. -Southlake Tex L/T Water Municipal Bonds | D | Interest | | | Redeemed | 02/15/09 | L | A | |
| 145. -Georgetown ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 146. -Ft. Worth Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 147. -Richardson Texas Municipal Bonds | C | Interest | M | T | | | | | |
| 148. -Allen Texas Rfdg. Municipal Bonds | C | Interest | M | T | | | | | |
| 149. -Plano ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 150. -Burleson Tex ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 151. -Port Neches Grove ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 152. -Smith Barney Tax Free Money Market | A | Interest | N | T | | | | | |
| 153. Brokerage Acct #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Canadian Riv. Mun. Municipal Bonds | A | Interest | M | T | Redeemed (part) | 02/17/09 | M | C | |
| 155. -Houston Tex Water Municipal Bonds | C | Interest | | | Redeemed | 09/11/09 | M | D | |
| 156. -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 157. -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | M | T | | | | | |
| 158. -Arlington Texas ISD Municipal Bonds | C | Interest | | | Redeemed | 02/17/09 | M | A | |
| 159. -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 160. -University of N. Tex Municipal Bonds | B | Interest | L | T | | | | | |
| 161. -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | | | Redeemed | 09/11/09 | K | B | |
| 162. -Sharyland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 163. -Lancaster ISD Municipal Bonds | A | Interest | M | T | Buy | 11/09/09 | L | | |
| 164. -Merrill Lynch CMA Tax Exempt Money Market | F | Interest | K | T | | | | | |
| 165. Compass Bank | A | Interest | K | T | | | | | |
| 166. Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 167. Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 168. Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 169. Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 170. Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | L =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Northwestern Mutual EOL Life #840 | C | Dividend | K | T | | | | | |

1. Income Gain Codes.
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q =Appraisal
L =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R =Cost (Real Estate Only)
V =Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P2 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S =Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

E =$15,001 - $50,000

T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. The Nationwide funds in IRA - Account #2 listed on Lines 7, 8, 10, 11, 12, 13, 16, 17, 18 and 19 of the 2008 report were all incorporated into the various Aberdeen funds. See 2008 Explanatory Notes (Sec. VIII; 1-5).

2. The Nationwide funds in IRA Account #3 listed on Lines 59, 60, 61, 63, 64, 67, 68, 71, 72, 73 and 74 of the 2008 report were all incorporated into the various Aberdeen funds. See 2008 Explanatory Notes (Sec. VIII; 1-5).

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ●R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544